958 F.2d 362
 Banner (Dorothy L.)
v.
Provident National Bank, Porter (Patricia), Thompson
(Burnadette), Swietanski (Thomas V.), Pudlin (Helen),
Venezale (Rena), Worth (Eric Wood), Huddleson (George),
Saldory (Rich), Irvin (Bert), Voss (Don), Campion (James
E.), Riley (Carolyn), Chandler (Beverly), Ross (Mr.), Blum
(Mrs. Eva), Pratt (Tamyeika), Faulk (Rosemary)
 NO. 91-1890
 United States Court of Appeals,
Third Circuit.
 Feb 27, 1992
 
 Appeal From: E.D.Pa.,
 Ludwig, J.
 
 
 1
 AFFIRMED.